## United States District Court for the Northern District of Illinois

Case Number: 08CV3955                    Assigned/Issued By: DAJ

Judge Name: GUZMAN                       Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00
                [ ] IFP          [ ] No Fee      [ ] Other _____
                [ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                          Receipt #: 2927605

Date Payment Rec'd: 07/11/08                 Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                                  [ ] Alias Summons

[ ] Third Party Summons                      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons             [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
[ ] Citation to Discover Assets              (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __07/11/08__ as to __DEF._____
                                      (Date)

---