AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Jose Hugo Garcia

V.

Ferrara Pan Candy Co., Inc.

CASE NUMBER: 08CV3955

ASSIGNED JUDGE: JUDGE GUZMAN
MAGISTRATE JUDGE SCHENKIER
EDA

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Ferrara Pan Candy Co., Inc.
c/o James Buffardi, Registered Agent
7301 West Harrison Street
Forest Park, IL 60130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alejandro Caffarelli
Caffarelli & Siegel Ltd.
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
(By) DEPUTY CLERK

July 11, 2008
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Jose Hugo Garcia

vs.    Ferrara Pan Candy Co., Inc.

Case Number    08 CV 3955

### AFFIDAVIT OF SERVICE

I, William Tobias, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 17 day of July, 2008, at 02:05 PM at 7301 West Harrison St., Forest Park, IL 60130, did serve the following document(s):

**Summons and Complaint**

Upon:    **Ferrara Pan Candy Co., Inc. c/o James Buffardi, Registered Agent**

By:    ☑ Personally serving to:    James Buffardi, Registered Agent

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 7301 West Harrison St., Forest Park, IL 60130 on

| Description: | Sex | **Male** | Race | **White** | Approximate Age | **60** |
|---|---|---|---|---|---|---|
| | Height | **6'2** | Weight | **200** | Hair Color | **Gray** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

William Tobias
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101