# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JOSE HUGO GARCIA,,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) 08CV3955 |
| | ) JUDGE GUZMAN |
| **FERRARA PAN CANDY CO., INC.,** | ) MAGISTRATE JUDGE SCHENKIER |
| | ) |
| **Defendant.** | ) |

## NOTICE OF MOTION

TO:  Alejandro Caffarelli
      Jessica J. Fayerman
      Caffarelli & Siegel Ltd.
      Two Prudential Plaza
      180 N. Stetson, Suite 3150
      Chicago, Illinois  60601

PLEASE TAKE NOTICE that on Thursday, August 7, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ronald A. Guzman, or any Judge sitting in his stead, in Room 1219 of the Federal Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Defendants' Unopposed Motion For Extension of Time to Answer or Otherwise Plead.**

Dated:  August 4, 2008                          FERRARA PAN CANDY CO., INC.

                                                   By:  /s/James J. Convery
                                                           One of Their Attorneys

James J. Convery
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)
jconvery@lanermuchin.com

## **CERTIFICATE OF SERVICE**

I, James J. Convery, an attorney, hereby certify that on August 4, 2008, I caused the foregoing **Notice of Motion**, in the above-captioned matter to be filed with the Clerk of the District Court and served on the party of record listed below, by operation of the Court's CM/ECF electronic filing system, addressed to:

> Alejandro Caffarelli
> Jessica J. Fayerman
> Caffarelli & Siegel Ltd.
> Two Prudencial Plaza
> 180 N. Stetson, Suite 3150
> Chicago, Illinois 60601
> a.caffarelli@caffarelli.com
> j.fayerman@caffarelli.com

/s/James J. Convery
James J. Convery